### WHITE v. STATE.   (No. 11535.)

Court of Criminal Appeals of Texas.   April 18, 1928.

Criminal law ⟨⇒⟩1090(1)—Transcript containing no bills of exception and statement of facts not showing filing thereof in trial court present nothing for review.

Where the transcript contains no bills of exception and the statement of facts does not show that it was filed in the trial court, no question is presented for review.

Commissioners' Decision.

Appeal from District Court, Hale County; Charles Clements, Judge.

S. S. White was convicted of theft by bailee, and he appeals. Affirmed.

L. D. Griffin, of Plainview, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is theft by bailee of property over the value of $50; the punishment confinement in the penitentiary for three years.

The transcript contains no bills of exception. The statement of facts does not appear to have been filed in the court below.

This court will not consider a statement of facts which fails to show that it was filed in the trial court. Branch's Annotated Penal Code, § 598; Roch v. State, 56 Tex. Cr. R.

557, 120 S. W. 448; Waddell v. State (Tex. Cr. App.) 105 S. W. 796.

No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### S. S. WHITE v. STATE.   (No. 11538.)

Court of Criminal Appeals of Texas.   April 18, 1928.

Commissioners' Decision.

Appeal from District Court, Hale County; Charles Clements, Judge.

L. D. Griffin, of Plainview, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, knowingly passing a forged instrument; penalty, four years' confinement in the penitentiary.

No bills of exception appear in the record. We have carefully read the statement of facts, and, believing the evidence sufficient, the judgment of the trial court is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.